UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 22-20563-CIV-MARTINEZ

JULIO RAUL SANDOVAL ROMERO,
DIANA CAROLINA SUAREZ MADOLET,
and all others similarly situated under 29
U.S.C. § 216(b),

    Plaintiffs,

vs.

VANDE CORP. d/b/a LATIN AMERICAN
RESTAURANT and PASQUALE RENZI,

    Defendants.
_____/

### ORDER APPROVING SETTLEMENT AGREEMENT AND DISMISSING CASE WITH PREJUDICE

**THIS CAUSE** came before the Court upon the parties' Joint Motion for Approval of the Parties' Settlement Agreement, Stipulated Dismissal with Prejudice, and for the Court to Retain Jurisdiction ("Joint Motion"). (ECF No. 27). The parties have filed a copy of the Settlement Agreement for the Court to review. (ECF No. 27-1). After careful consideration of the Settlement Agreement, as required by *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982), the Court finds that it represents a fair and reasonable resolution of a bona fide Fair Labor Standards Act dispute. Accordingly, it is hereby

**ORDERED and ADJUDGED** that

1. The parties' Joint Motion, (ECF No. 27), is **GRANTED**.

2. The parties' Settlement Agreement is **APPROVED**.

3. This action is **DISMISSED with prejudice**.

4. The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement.

5. This case is **CLOSED**, and all pending motions are **DENIED** as **MOOT**.

DONE AND ORDERED in Chambers at Miami, Florida, this 3rd day of June, 2022.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record